UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-20511-PCH/Becerra

UNITED STATES OF AMERICA,

v.

NELSON GOMEZ ZUNIGA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    The matter before the Court is Magistrate Judge Becerra's Report and Recommendation on Change of Plea.  [ECF No. 15].  In the report and recommendation, Magistrate Judge Becerra stated that Defendant Nelson Zuniga freely and voluntarily entered a guilty plea to Count One of the information, which charged him with fraud and misuse of visas, permits, and other documents, in violation of 18 U.S.C. § 1546(a).  Magistrate Judge Becerra recommends that Defendant Zuniga's plea be accepted and that Defendant Zuniga be adjudicated guilty of the offense to which the guilty plea has been entered.  Both Defendant and the Government filed a joint notice of no objection to the report and recommendation.  [ECF No. 16].  Accordingly, having reviewed the record de novo, it is

    **ORDERED** that Magistrate Judge Becerra's Report and Recommendation on Change of Plea, [ECF No. 15], is adopted and approved in its entirety.  Defendant Zuniga's guilty plea is accepted, and he is adjudged guilty of fraud and misuse of visas, permits, and other documents.  A sentencing hearing is set for **Wednesday, January 5, 2022 at 1:20 P.M.**

    **DONE AND ORDERED** in Miami, Florida, on October 27, 2021.

_____
Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services